PS 8
(Rev 12/04)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 19 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**SEALED**

# UNITED STATES DISTRICT COURT
for
Northern District of Georgia

U.S.A. vs.  Katreyvion Smith            Docket No. 1:20-CR-295-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Brandon C. Harper , pretrial services/probation officer, presenting an official report upon the conduct of defendant  Katreyvion Smith , who was placed under pretrial release supervision by the Honorable  Justin S. Anand , sitting in the court at  Atlanta  on the  24  date of  August , 2021.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

**Violation of Mandatory Condition:** Do not violate any federal, local or state law.

On or about October 7, 2021, in Harris County, Texas, the defendant did commit intentionally and knowingly, carry a handgun on his person in a motor vehicle.

**Violation of Mandatory Condition:** Do not violate any federal, local or state law.

On or about October 7, 2021, in Harris County, Texas, the defendant did commit intentionally and knowingly, admitted to possessing and changing the information on the front of credit cards.

**Violation of Standard Condition:** Do not use or unlawfully possess a controlled substance.

On or about October 7, 2021, in Harris County, Texas, the defendant did commit intentionally and knowingly, possess a controlled substance on his person, two grams of marijuana.

PRAYING THAT THE COURT WILL ORDER a warrant for Mr. Smith's non-compliant behavior, and he be brought back before the Court to show cause why his pretrial bond supervision should not be revoked.

ORDER OF COURT

Considered and ordered this  14  day of  October , 2021  and ordered filed and made a part of the records in the above case.

_____
Justin S. Anand, U.S. District Magistrate Judge

ATTEST: A TRUE COPY
CERTIFIED THIS
OCT 19 2021
Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 14, 2021

_____
U.S. Pretrial Services/Probation Officer/JEL

Place  Atlanta, Georgia